MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF AKASH KUMAR SINGH | CASE NO. 2:25-sw-0134 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of the Court.

Dated: February 18, 2025

THE HONORABLE JEREMY D. PETERSON
United States Magistrate Judge