1  MICHELE BECKWITH
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Feb 20, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8                   IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF THE     CASE NO: 2:25-SW-00134-JDP
   PERSON OF AKASH KUMAR SINGH
12                                        [PROPOSED] ORDER TO UNSEAL SEARCH
                                          WARRANT AND RELATED FILINGS
13

14

15     Upon application of the United States of America and good cause having been shown,

16     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

17

18 Dated:  February 20, 2025
                                          _____
19                                        THE HONORABLE JEREMY D. PETERSON
                                          United States Magistrate Judge